Abramson Brothers Incorporated
501 Fifth Avenue
New York, NY 10017

# Statement

50-300-CU
RhinocerosVisualEffects&Design
50 East 42nd Street
New York, NY 10017

| DATE | DESCRIPTION | AMOUNT DUE | BALANCE |
|---|---|---|---|
| 05/3/2013 | Electric 03/12/13-04/11/13 | 31.92 | |
| 05/6/2013 | Monthly Rent | 56,756.25 | |
| 06/2013 | COL 01/01/13-03/31/13 | 13,905.03 | |
| 06/2013 | Electric 04/11/2013-05/09/2013 | 29.57 | |
| 06/01/2013 | Electric 04/11/2013-05/09/2013 | 29.57 | |
| 06/2013 | Electric 04/11/2013-05/09/2013 | 32.34 | |
| 06/2013 | Electric 04/11/2013-05/09/2013 | 29.57 | |
| 06/2013 | Monthly Rent | 56,756.25 | |
| 07/2013 | Monthly Rent | 56,756.25 | |
| 08/2013 | REAL ESTATE TAX | 15,275.82 | |
| 08/2013 | Monthly Rent | 56,756.25 | |
| 09/2013 | COL 4/01/13-06/30/13 | 14,089.28 | |
| 09/2013 | Monthly Rent | 56,756.25 | |
| 10/2013 | Monthly Rent | 56,756.25 | |
| 10/2013 | Open Credits | (40,000.00) | |
| | **PREVIOUS MONTH ENDING BALANCE** | | 482,117.80 |
| | **CURRENT CHARGES** | | |
| 11/1/2013 | Monthly Rent | 56,756.25 | |

CONTINUED ON THE NEXT PAGE

Total Amount Due: $ See the next page

Contact:
RhinocerosVisualEffects&Design
50 East 42nd Street
3,400-1,403,410,414,415&416
New York, N.Y. 10016

Statement Date: 11/01/2013
Total Due: $ See the next page