**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| RHINOCEROS VISUAL EFFECTS & DESIGN LLC | Case No. 13-13016-(SMB) |
| Debtor. | |

**ORDER CONVERTING CASE FROM CHAPTER 11 TO CHAPTER 7**

Upon the Motion of the Debtor, dated August 21, 2014, it is hereby

ORDERED that this case is converted from Chapter 11 to Chapter 7, it is further

ORDERED that the United States Trustee shall immediately appoint a Chapter 7 Trustee in this case, and it is further

ORDERED that a copy of this Order, shall be served, by email, facsimile or overnight mail on (a) the Office of the United States Trustee for Region 2; (b) the Debtor's Secured Lenders; (c) the Debtor's past and current landlords; and (d) those creditors listed in the Debtor's Rule 1007 Affidavit; and (e) those parties that have served and filed a notice of appearance and request for service of papers in the Debtor's case **by 5 p.m. on September 19th, 2014** shall constitute good, adequate, and timely notice hereof.

Dated: New York, New York
       September 18th, 2014

                                        /s/ STUART M. BERNSTEIN_____
                                        STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE