LAW OFFICE OF MATTHEW C. HEERDE
222 Broadway, 19th Floor
New York, NY 10038
Phone: 347-460-3488
Fax: 347-535-3588
Email: mheerde@heerdelaw.com
*Counsel for Gravity Visual Effects & Design Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X     Chapter 7

In re:                                                                                 Case No. 13-13016 (SMB)

Rhinoceros Visual Effects and Design LLC,

        Debtor.

--------------------------------------------------------X

**NOTICE OF APPEARANCE
AND REQUEST FOR SERVICE OF DOCUMENTS**

    PLEASE TAKE NOTICE that undersigned counsel hereby appears for Gravity Visual Effects & Design Ltd. in the above-captioned case, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, hereby requests that all notices given or required to be given in this case be given to and served upon the undersigned at the mailing address and email address set forth below:

        Matthew C. Heerde
        Law Office of Matthew C. Heerde
        222 Broadway, 19th Floor
        New York, NY 10038
        Phone: 347-460-3488
        Fax: 347-535-3588
        Email: mheerde@heerdelaw.com

    PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall constitute a waiver of (a) the right to have final orders in non-core matters entered only after de novo review by a District Court Judge; (b) the

1

right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy, or proceeding related to these cases; (c) the right to request the District Court to withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (d) any objection to the jurisdiction of this Court for any purpose; or (e) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  December 4, 2017  LAW OFFICE OF MATTHEW C. HEERDE
       New York, NY

_____
By: Matthew C. Heerde, Esq.
    222 Broadway, 19th Floor
    New York, NY 10038
    Phone: 347-460-3488
    Fax: 347-535-3588
    Email: mheerde@heerdelaw.com
    *Counsel for Gravity Visual Effects & Design Ltd.*