UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:

Rhinoceros Visual Effects and Design LLC,

Debtor.

-------------------------------------------------------X

Chapter 7

Case No. 13-13016 (SMB)

### SUPPLEMENTAL DECLARATION OF ANGELA J. SOMERS REGARDING RETENTION OF REID COLLINS & TSAI LLP AS SPECIAL COUNSEL TO THE TRUSTEE

Angela J. Somers, being duly sworn, submits this verified statement pursuant to 28 U.S.C. §1746 under penalty of perjury and states as follows:

1. I am a partner at the law firm of Reid Collins & Tsai LLP ("**RCT**" or the "**Firm**"), 810 Seventh Avenue, Suite 410, New York, New York 10019.  I am a member in good standing of the Bar of the State of New York, and am admitted to practice in the Southern and Eastern District of New York and the Second Circuit and Third Circuit Court of Appeals.

2. I submit this supplement to my verified statement dated October 26, 2016 pursuant to section 327 of title 11 of the United States Code ("**Bankruptcy Code**"), and Rule 2014 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**") regarding the retention by Deborah Piazza, chapter 7 Trustee (the "**Trustee**") of Rhinoceros Visual Effects and Design LLC ("**Rhino**"), of RCT as special counsel to the Trustee.

3. On November 9, 2016, RCT was retained as special counsel in this case.

4. RCT has discovered that it represents two creditors of Rhino: Bank Hapoalim and Israel Discount Bank in matters unrelated to this case, and thus makes this supplemental disclosure.

5. I believe that RCT remains eligible to serve as special counsel to the Trustee.

SIGNED under penalty of perjury this 29th day of May, 2018.

                                      */s/ Angela J. Somers*
                                      Angela J. Somers